In the Matter of the Claim of Thomas W. Foley, Respondent, against The New York Central Railroad Company, Appellant. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Harry Seiderman, Respondent, against Herman Perla, Inc., and Another, Appellants. State Industrial Board, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.